IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES ALFRED SMITH, JR.,

        Plaintiff,

v.

RONALD K. MALONE,

        Defendant.

ORDER

17-cv-963-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on February 13, 2018, I dismissed plaintiff James Alfred Smith's complaint because it violated Fed. R. Civ. P. 8. I gave plaintiff until March 5, 2018 to file an amended pleading providing defendants fair notice of the claims he is asserting. I told plaintiff that if he failed to respond by March 5, I would dismiss this case because he failed to state a claim upon which relief may be granted. To date, plaintiff has not filed an amended complaint or otherwise responded to the court's February 13 order. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff James Alfred Smith's failure to state a claim upon which relief may be granted. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered this 28th day of March, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

1