## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ALFRED SMITH, JR.,

                                                    JUDGMENT IN A CIVIL CASE

          Plaintiff,
                                                    17-cv-963-bbc

v.

RONALD K. MALONE,

          Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 3/28/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |